**In re: In the Matter of the Complaint of LUHR BROTHERS INC., as Owner of Barges L–1040, L–216, L–1061, L–325, and L–326 Praying for Exoneration from or Limitation of Liability.**

**Luhr Brothers Inc., as Owner of Barges L–1040, L–216, L–1061, L–325, and L–326, Petitioner—Appellee–Cross–Appellant**

v.

**Terral River Services Inc., Claimant—Appellant–Cross–Appellee.**

**Continental Insurance Company, Plaintiff—Appellee–Cross–Appellant**

v.

**Terral River Services Inc., Defendant—Appellant–Cross–Appellee.**

No. 07–30741.

United States Court of Appeals, Fifth Circuit.

Sept. 24, 2008.

William J. Larzelere, Jr., T. Justin Simpson, Larzelere Picou Wells Simpson Lonero, Metairie, LA, for Petitioner–Appellee–Cross–Appellant.

Frank S. Thackston, Jr., Lake Tindall, LLP, Greenville, MS, Kay A. Theunissen, Robert A. Mahtook, Jr., Mahtook & LaFleur, Lafayette, LA, for Defendant–Appellant–Cross–Appellee.

Joseph P. Tynan, Montgomery, Barnett, Brown, Read, Hammond & Mintz LLP, New Orleans, LA, for Plaintiff–Appellee–Cross–Appellant.

Before JOLLY, GARZA, and ELROD, Circuit Judges.

PER CURIAM: *

We have reviewed the briefs, pertinent portions of the record, and the applicable law and have heard the arguments of counsel. It is clear that the district court in its able opinion committed no reversible er-

---

ror. Its judgment, therefore, is AF-FIRMED. *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.